**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM R. BUTLER, et al., | No.  2:26-CV-1765-DJC-DMC |
| Plaintiffs, | |
| v. | ORDER |
| LASSEN MUNICIPAL UTILITY DISTRICT, | |
| Defendant. | |

Plaintiffs, who are proceeding pro se, bring this civil action.  Plaintiffs have filed a notice of voluntary dismissal.  See ECF No. 4.  Because no answer or motion for summary judgment has been filed, leave of Court is not required and the action is dismissed without prejudice on Plaintiffs' notice.  See Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated:  May 22, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1